## CAROLINE GOLDNER CINQUANTO
## ATTORNEY AT LAW

THE LAW OFFICE OF CAROLINE GOLDNER CINQUANTO
2 GREENWOOD SQUARE
3331 STREET ROAD, SUITE 450
BENSALEM, PA 19020
(267) 565-7412 | carrie@cgclegal.com

July 3, 2023


Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: <u>United States v. Darron Henderson</u>
Docket No. 22-2613

Dear Ms. Dodszuweit:

     The captioned matter is scheduled for argument on July 11, 2023. The appeal concerns the application of the categorical approach to determine whether a Pennsylvania conviction under 18 Pa. C. S. § 3701 constitutes a crime of violence as defined by the Sentencing Guidelines. Although the issue is narrow in the sense that it is focused on a single statute, there are potentially several layers of inquiry which could be of more interest to the Panel than others. If that is the case, counsel respectfully believes that identification of particular areas of concern would assist counsel's preparation and make the oral argument more productive for the Court.

     Thank you for your consideration.

Respectfully,

*s/Caroline G. Cinquanto, Esq.*
Caroline G. Cinquanto, Esq.


Counsel for Appellant
Darron Henderson


c. Robert A. Zauzmer, Assistant United States Attorney (by ECF)